IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| (1) TRINITY MOTHER FRANCES HEALTH SYSTEM and (2) MOTHER FRANCES HOSPITAL, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:03-CV-464 |
| (1) EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM and (2) EAST TEXAS MEDICAL CENTER, Individually and Doing Business As (3) EAST TEXAS MEDICAL CENTER EMERGENCY MEDICAL SERVICE | § § § § § § § § | Judge Folsom |
| Defendants | | |

## DEMAND FOR TRIAL BY JURY

Plaintiffs demand a trial by jury in this case, pursuant to Rule 38, Federal Rules of Civil Procedure.

Respectfully submitted,

BY: _____
Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
J. Wesley Hill
State Bar No. 24032294
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Franklin Jones, Jr.
State Bar No. 00000055
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Telephone:   (903) 938-4395
Facsimile:   (903) 938-3360

S. Calvin Capshaw
State Bar No. 03783900
BROWN McCARROLL LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone:   (903) 236-9800
Facsimile:   (903) 236-8787

Nicholas H. Patton
State Bar No. 15631000
Robert W. Schroeder, III
State Bar No. 24029190
Patton, Tidwell & Schroeder, L.L.P.
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
Telephone:   903-792-7080
Facsimile:   903-792-8233

OF COUNSEL:

Frederick Robinson
District of Columbia Bar No. 367223
Fulbright & Jaworski L.L.P.
801 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 662-4534
Facsimile: (202) 662-4643.

                                      ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Plaintiffs' First Amended Complaint has been forwarded, via regular U.S. mail, to the following counsel of record on the 7th day of May, 2004.

Paul C. Watler
Joseph C. Edwards
Jenkens & Gilchrist
1445 Ross Avenue, suite 3200
Dallas, TX 75202
Tel: (214) 855-4500
Fax: (214) 855-4300

Michael Coker
Adams & Coker, PC
4540 Kinsey Drive
Tyler, TX 75703
Tel: (903) 581-1196
Fax: (903) 581-1407

Damon Young
John Pickett
Lance Lee
Young, Pickett & Lee
4122 Texas Blvd. –P.O. Box 1897
Texarkana, TX 75504
Tel: (903) 794-1303
Fax: (903) 792-5098

_____
OTIS CARROLL