IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRINITY MOTHER FRANCES HEALTH SYSTEM and MOTHER FRANCES HOSPITALREGIONAL HEALTH CARE CENTER,<br>     Plaintiffs, | § § § § § § | |
| v. | § § | CIVIL ACTION NO. 2003-CV-464 |
| EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM and EAST TEXAS MEDICAL CENTER,<br>     Defendants, | § § § § § | FOLSOM |
| v. | § § | |
| TRINITY CLINIC,<br>     Third-Party Defendant. | § § | |

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

On this the __10__ day of _____November_____, 2005, came on to be considered the Joint Motion of Plaintiffs Trinity Mother Frances Health System, Mother Frances Hospital Regional Health Care Center ("TMF"), Defendants East Texas Medical Center Regional Healthcare System and East Texas Medical Center ("ETMC"), and Third-Party Defendant Trinity Clinic, for Dismissal with Prejudice of all claims related to this action, and the Court finds the motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims, whether known or unknown, asserted by Plaintiffs arising out this action are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all claims, whether known or unknown, asserted by Defendants arising out this action are hereby DISMISSED WITH PREJUDICE.

All costs of court are taxed against the party incurring same. All other relief not expressly set out herein is denied.

SIGNED, this __10__ day of _____November_____, 2005.

_____
HONORABLE DAVID FOLSOM
UNITED STATES DISTRICT JUDGE


AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:


/s/ (with permission by Collin Maloney)
_____
Otis Carroll- Attorney-in-charge
State Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

OF COUNSEL:

Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071


Franklin Jones Jr.
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249

Telephone:	(903) 938-4395
Facsimile:	(903) 938-3360

S. Calvin Capshaw
Elizabeth L. DeRieux
BROWN McCARROLL LLP
1127 Judson Road, Suite 220,
P.O. Box 3999
Longview, Texas 75601-5157
Telephone:	(903) 236-9800
Facsimile:	(903) 236-8787

Frederick Robinson
Lisa Z. Joiner
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone:	(202) 662-0200
Facsimile:	(202) 662-4643

Melanie McCool
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701-3248
Telephone:	(512) 474-5201
Facsimile:	(512) 536-4598

Nick Patton
Trey Schroeder
Kurt Truelove
Patton & Tidwell
4605 Texas Blvd.
P. O. Box 5398
Texarkana, TX 75505-5398
Telephone:	(903) 792-7080
Facsimile:	(903) 792-8233

**ATTORNEYS FOR TRINITY MOTHER FRANCES HEALTH SYSTEM, MOTHER FRANCES HOSPITAL REGIONAL HEALTH CARE CENTER AND TRINITY CLINIC**

/s/ (with permission by Collin Maloney)
_____

Paul C. Watler
Attorney-in-charge
State Bar No. 20931600
JENKENS & GILCHRIST, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Telephone: (214) 855-4442
Facsimile: (214) 855-4300

OF COUNSEL:

Joseph C. Edwards
State Bar No. 06458020
JENKENS & GILCHRIST, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Telephone: (214) 855-4442
Facsimile: (214) 855-4300

Michael Coker
State Bar No. 04527100
ADAMS & COKER, P.C.
4540 Kinsey Drive
Tyler, Texas 75703
(903) 581-1196
(903) 581-1407 (fax)

Damon Young
State Bar No. 22176700
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P.O. Box 1897
Texarkana, Texas 75503
(903) 794-1303 (fax)
(903) 792-5098

**COUNSEL FOR EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM AND EAST TEXAS MEDICAL CENTER**